336 A.2d 594
**In re Petition to set aside Nomination Petition of
James F. LaVERDI, Jr., Appellant.**

Supreme Court of Pennsylvania.

Submitted April 11, 1975.

Decided April 29, 1975.

Blythe H. Evans, Jr., Wilkes Barre, for appellant.

Joseph F. Castellino, Pittston, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER

And now, this 28th day of April, 1975, the Order dated April 1, 1975, of the Court of Common Pleas of Luzerne County setting aside and declaring void the Nomination Petition of the Appellant, James F. LaVerdi, Jr., for the office of School Director for the Pittston Area School District, is affirmed.

Majority opinion and dissenting opinion to follow.

The Order of this Court, dated April 21, 1975, is hereby vacated.